IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00903-CMA-MEH

JONATHAN CLAFLIN,

    Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL, INC., a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed July 1, 2009; docket #10] is **granted**. The Protective Order is accepted and entered contemporaneously with this minute order.