IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00903-CMA-MEH

JONATHAN CLAFLIN,

    Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL, INC., a Minnesota corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (Doc. # 19) and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: July __22__, 2009

                                                BY THE COURT:

                                              *Christine M. Arguello*

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge